**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Civil Action No. 23-cv-01166-RMR-SBP

DOUGLAS BELL,

Plaintiff,

v.

BOARD OF TRUSTEES OF THE METROPOLITAN STATE UNIVERSITY OF DENVER, and
ALFRED TATUM,

Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge Recommendation entered by United States District Judge Regina M. Rodriguez on February 6, 2024 [ECF No. 29] it is

ORDERED that the Recommendation [ECF No. 24] is ACCEPTED AND ADOPTED. It is

FURTHER ORDERED that Defendants' Motion to Dismiss, [ECF No. 16] is GRANTED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that judgment is entered in favor of the Defendants and against the Plaintiff. It is

FURTHER ORDERED that Defendants are awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

Dated at Denver, Colorado this 2nd day of October, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/K. Myhaver
K. Myhaver
Deputy Clerk